**KY NGOC TRUONG, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 05–75755.

United States Court of Appeals,
Ninth Circuit.

Submitted July 29, 2009.*

Filed Aug. 3, 2009.

Ronald G. Finch, Esq., Phoenix, AZ, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, Shelley R. Goad, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: WALLACE, LEAVY, and HAWKINS, Circuit Judges.

MEMORANDUM **

Ky Ngoc Truong, a native of Vietnam and citizen of Sweden, petitions for review of the Board of Immigration Appeals' order denying his second motion to reconsider. We dismiss the petition for review.

We lack jurisdiction to review the petition because the only agency order from which Truong has petitioned for review is not a final order of removal. *See* 8 U.S.C. § 1252(b)(9).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

